# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-1471-CAS(ASx) | Date | July 12, 2017 |
|---|---|---|---|
| Title | *ROSENBERG PAVON v. BAYERISCHE MOTOREN WERKE AG; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) - EXTENSION OF ORDER TO SHOW CAUSE**

The Court issued a minute order for plaintiff to show cause why this action should not be dismissed for lack of prosecution, **as to defendants BAYERISCHE MOTOREN WERKE AG; CONTINENTAL AG; CONTI TEMIC MICROELECTRONIC GMBH; ZF-TRW AUTOMOTIVE, INC.; ZF FRIEDERICHSHAFEN AG; TRW OCCUPANT RESTRAINT SYSTEMS GMBH; DOE CALIFORNIA AUTO DEALER 1; DOE CALIFORNIA AUTO DEALER 2;** and **DOE CALIFORNIA REPAIR FACILITY, only.**

The Court is in receipt of plaintiff's Return on Order to Show Cause re: Status of Unserved Defendants[23] filed July 5, 2017. Plaintiff makes reference to adding parties, not already named, to the above-referenced action. The Court orders plaintiff to file an Amended Complaint, adding parties, on or before **August 11, 2017**. After the filing of plaintiff's Amended Complaint, plaintiff is ordered to serve the added parties, on or before **November 13, 2017**.

The Court grants plaintiff's request for an extension of this Court's Order to Show Cause and allow plaintiff to serve, up to and including **December 11, 2017**, **as to defendants BAYERISCHE MOTOREN WERKE AG; CONTINENTAL AG; CONTI TEMIC MICROELECTRONIC GMBH; ZF-TRW AUTOMOTIVE, INC.; ZF FRIEDERICHSHAFEN AG; TRW OCCUPANT RESTRAINT SYSTEMS GMBH; DOE CALIFORNIA AUTO DEALER 1; DOE CALIFORNIA AUTO DEALER 2;** and **DOE CALIFORNIA REPAIR FACILITY, only.**

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-1471-CAS(ASx) | Date | July 12, 2017 |
|---|---|---|---|
| Title | *ROSENBERG PAVON v. BAYERISCHE MOTOREN WERKE AG; ET AL.* | | |

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)** A proof of service of summons and complaint or amended complaint on **defendants BAYERISCHE MOTOREN WERKE AG; CONTINENTAL AG; CONTI TEMIC MICROELECTRONIC GMBH; ZF-TRW AUTOMOTIVE, INC.; ZF FRIEDERICHSHAFEN AG; TRW OCCUPANT RESTRAINT SYSTEMS GMBH; DOE CALIFORNIA AUTO DEALER 1; DOE CALIFORNIA AUTO DEALER 2;** and **DOE CALIFORNIA REPAIR FACILITY**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |